UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ZETA GLOBAL CORP.,
                           Plaintiff

-against-

MAROPOST MARKETING CLOUD, INC.,
                           Defendant.
------------------------------------------------------------X

20 Civ. 3951 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the September 9, 2020, Order (Dkt. 24), the parties shall appear telephonically for a pre-motion conference on September 24, 2020, at 11:00 a.m.  It is hereby

**ORDERED** that the pre-motion conference is **adjourned** to **September 24, 2020, at 11:15 a.m.**, on the following conference call line: 888-363-4749, access code: 558-3333.

Dated: September 23, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE