UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                          :

ZETA GLOBAL CORP.,                               :
                                  Plaintiff        :
                                                  :         20 Civ. 3951 (LGS)
               -against-                   :
                                                  :         <u>ORDER</u>

MAROPOST MARKETING CLOUD, INC.,   :
                                      Defendant.   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        **ORDERED** that by **September 30, 2020**, the parties shall file a joint letter stating whether they request a referral to (1) the assigned Magistrate Judge for settlement purposes or (2) the Court's mediation program.

Dated: September 24, 2020
       New York, New York

                                                                                                                                                            _____
                                                                                                                                                            **LORNA G. SCHOFIELD**
                                                                                                               **UNITED STATES DISTRICT JUDGE**