UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ZETA GLOBAL CORP., a Delaware corporation, | Civil Action No. 1:20-cv-03951-LGS

*Plaintiff*,

v.

MAROPOST MARKETING CLOUD, INC., a Canada corporation,

*Defendant*.

---------------------------------------------------------------------X

## DEFENDANT'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Plaintiffs will move this Court, before the Honorable Lorna G. Schofield, at the United States Courthouse located at 40 Foley Square, Courtroom 1106, New York, New York, on a date and at a time to be set by the Court, for an order dismissing Counts I-III of Plaintiff's Complaint on the ground of *forum non conveniens*.

Dated: October 2, 2020

*/s/ Elizabeth J. Sher*
Elizabeth J. Sher
Mark Salah Morgan
Jonathan B. Tropp

**DAY PITNEY LLP**
605 Third Avenue, 31st Floor
New York, NY 10158
T: (212) 297-5800
F: (212) 916-2940

*Counsel for Defendant*

106578070.1

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 2nd day of October 2020, a copy of the foregoing document in its entirety, was served upon counsel for Plaintiff via ECF.

*/s/ Elizabeth J. Sher*
Elizabeth J. Sher
