UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ZETA GLOBAL CORP.,
                               Plaintiff,

                  -against-

MAROPOST MARKETING CLOUD, INC.,
                               Defendant.
------------------------------------------------------------- X

20 Civ. 3951 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the First Amended Patent Case Management Plan and Scheduling Order (Dkt. No. 40), the parties shall appear for a case management conference on March 8, 2021.  Due to a conflict with an ongoing bench trial on that date, it is hereby

      ORDERED that the March 8, 2021, conference is **adjourned** to **March 11, 2021, at 11:00 a.m.**, on the following conference call line:  888-363-4749, access code 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed by that time.  It is further

      ORDERED that by **March 4, 2021**, the parties shall file a joint letter advising the Court of any issues for resolution at the March 11, 2021, conference.

Dated: March 1, 2021
       New York, New York

                                                           LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**