UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ZETA GLOBAL CORP.,                                           :
                                    Plaintiff,               :
                                                             :          20 Civ. 3951 (LGS)
                    -against-                                 :
                                                             :                ORDER
MAROPOST MARKETING CLOUD, INC.,                              :
                                    Defendant.               :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order, dated March 1, 2021, directed the parties to file a joint letter by

March 4, 2021, advising the Court of any issues for resolution at the March 11, 2021 conference.

        WHEREAS, the parties have not filed such letter.  It is hereby

        ORDERED that as soon as possible, and no later than **March 8, 2021**, the parties shall

file a joint letter advising the Court of any issues for resolution at the March 11, 2021,

conference.

Dated: March 5, 2021
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**