```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ZETA GLOBAL CORP.,                                            :
                                    Plaintiff,                :
                                                              :   20 Civ. 3951 (LGS)
                        -against-                             :
                                                              :   ORDER
MAROPOST MARKETING CLOUD, INC.,                               :
                                    Defendant.                :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a claim construction hearing in this matter is scheduled for May 28, 2021, at 10:50 a.m. The parties have represented that no witnesses will testify and that they prefer to hold the hearing via videoconference. It is hereby

**ORDERED** that if the parties intend to display evidence or demonstrative aids, they shall (1) by **May 21, 2021**, contact Courtroom Deputy James Street at (212) 805-4553 to schedule a walkthrough of the technology they intend to use to hold the hearing virtually and (2) by **May 26, 2021**, conduct such walkthrough. If the parties do not intend to display anything, then they shall so inform Mr. Street by **May 21, 2021**. It is further

**ORDERED** that each side shall be limited to forty-five minutes of argument.

Dated: May 17, 2021
      New York, New York

                                                   LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE