UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZETA GLOBAL CORP., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MAROPOST MARKETING CLOUD, INC., a Canada corporation,<br><br>    Defendant. | Case No. 1:20-cv-03951-LGS<br><br>By **August 5, 2021**, Defendant shall file a response brief per the Individual Rules. No reply shall be filed at this time.<br><br>SO ORDERED<br><br>Dated:  July 22, 2021<br>          New York, New York<br><br>LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE |

### PLAINTIFF ZETA GLOBAL CORP.'S NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiff Zeta Global Corp. will move this Court, before the Honorable Lorna G. Schofield, at the United States Courthouse located at 40 Foley Square, Courtroom 1106, New York, New York, on a date and at a time to be set by the Court, for an order granting reconsideration of the Court's July 7, 2021 Claim Construction Order, in which the Court ruled that the term "failure message" is indefinite in U.S. Patent No. 7,536,439. If the Court grants reconsideration, Plaintiff further moves this Court for an order finding the term "failure message" definite and the asserted claims of the '439 Patent valid under 35 U.S.C. § 112.

Dated: July 21, 2021

                                             Respectfully submitted,

                                             NEWMAN DU WORS LLP

                                             John Du Wors, State Bar No. 5047048
                                             Nathaniel Durrance, *pro hac vice*
                                             2101 Fourth Avenue, Suite 1500
                                             Seattle, WA 98121
                                             Phone:            (206) 274-2800
                                             Facsimile:    (206) 274-2801
                                             Email:           *john@newmanlaw.com*
                                                                 *nate@newmanlaw.com*