UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ZETA GLOBAL CORP.,                                          :
                              Plaintiff,                    :
                                                            :   20 Civ. 3951 (LGS)
            -against-                                       :
                                                            :   ORDER
MAROPOST MARKETING CLOUD, INC.,                             :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion for sanctions against Plaintiff on December 21, 2021 (Dkt. No. 101).

WHEREAS, pursuant to the Court's Individual Rules, a party is required to file a letter motion requesting a pre-motion conference before filing a motion. It is hereby

**ORDERED** that Defendant's motion for sanctions is **DENIED** without prejudice to renewal. It is further

**ORDERED** that Defendant shall file a pre-motion letter, in accordance with the Individual Rules. It is further

**ORDERED** that within five business days after Defendant files any pre-motion letter, Plaintiff shall file a response, pursuant to the Individual Rules.

The Clerk of Court is respectfully directed to close the motion at Docket No. 101.

Dated: December 27, 2021
       New York, New York

_____
        **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**