UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ZETA GLOBAL CORP.,                                          :
                              Plaintiff                     :
                                                            :          20 Civ. 3951 (LGS)
        -against-                                           :
                                                            :          ORDER
MAROPOST MARKETING CLOUD, INC.,                             :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a letter motion requesting a pre-motion conference regarding a motion for sanctions against Plaintiff based on alleged false statements in Plaintiff's memorandum of law opposing Defendant's motion for judgment on the pleadings (Dkt. No. 107).

WHEREAS, Plaintiff opposes the motion (Dkt. No. 108). It is hereby

**ORDERED** that the parties shall refrain from making any additional filings in connection with Defendant's anticipated motion for sanctions. The parties are advised that the anticipated motion will be addressed after consideration of the pending motion for judgment on the pleadings.

Dated: January 5, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE