**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ZETA GLOBAL CORP.,

                Plaintiff,

-against-                                20 **CIVIL** 3951 (LGS)

                                                       **JUDGMENT**

MAROPOST MARKETING CLOUD, INC.,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 7, 2022, Defendant's motion for judgment on the pleadings is GRANTED. Defendant's request for a conference to pursue a motion for Rule 11 sanctions is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

        July 7, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                  **BY:**         *K. Mango*

                                                              **Deputy Clerk**