```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   ZETA GLOBAL CORP..,                                       :
                              Plaintiff,                     :
                                                             :        20 Civ. 3951 (LGS)
                 -against-                                   :
                                                             :              ORDER
   MAROPOST MARKETING CLOUD, Inc.,                           :
                              Defendants.                    :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant's motion for attorney fees was referred to Magistrate Judge Valerie Figueredo on July 22, 2022 (Dkt. No. 137).

WHEREAS, a district judge may, "[o]n its own for good cause . . . vacate a referral to a magistrate judge." Fed. R. Civ. Pro. 73(b)(3).

WHEREAS, the referral was issued in error as the motion concerns the merits of applications and motions made to and adjudicated by the District Judge, and with which the District Judge is already fully familiar. It is hereby

**ORDERED** that good cause exists here, and the referral at Docket No. 137 is **vacated**. It is further

**ORDERED** that by **August 12, 2022**, Plaintiff shall file any opposition, not to exceed twenty-five (25) pages. It is further

**ORDERED** that by **August 22, 2022**, Defendant shall file any reply, not to exceed ten (10) pages.

Dated: July 25, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE