

John Du Wors
Direct   +206.274.2834
Main     +206.274.2800
john@newmanlaw.com

2101 Fourth Avenue, Suite 1500
Seattle, WA 98121

SENT BY ECF

August 19, 2022

The Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *Zeta Global Corp. v. Maropost Marketing Cloud, Inc.*
           Southern District of New York Case No.: 20 Civ. 3951

Dear Judge Schofield,

We represent Plaintiff Zeta Global Corp. in the above referenced matter. Pursuant to Your Honor's Individual Practices, Zeta seeks an order permitting Zeta to file under seal copy of Plaintiff's Second Supplemental Patent Disclosures of Asserted Claims and Infringement Contentions, dated August 19, 2022, as Exhibit 1 to the Declaration of Jae Young Bang in Opposition to Defendant's Motion to Have This Case Declared Exceptional and for Permission to Apply for Attorney's Fees.

The exhibit contains excerpts from Maropost's source code that Maropost has designated as attorney's eyes only under the Court's protective order.

Respectfully submitted,

NEWMAN DU WORS LLP

/s/ John Du Wors
John Du Wors
Counsel for Plaintiff
Zeta Global Corp.

cc: Elizabeth J. Sher (by ECF)

If Maropost seeks to maintain Exhibit 1 to the Declaration of Jae Young Bang at Dkt. No. 150-1 under seal, Maropost shall file a letter stating the grounds for that request by **January 6, 2023**.

Maropost's letter should address the standard in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006), which does not depend on how the information was designated under the protective order.  The letter shall also address the extent to which any purportedly confidential business information has become stale, if at all.  If no letter is filed, the document may be made public.

So Ordered.

Dated: January 3, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE