UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZETA GLOBAL CORP.,
                              Plaintiff,

                   -against-                            20 Civ. 3951 (LGS)

                                                        ORDER
MAROPOST MARKETING CLOUD, INC.,
                              Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 19, 2022, Plaintiff filed a letter motion to seal Exhibit 1 to the Declaration of Jae Young Bang, filed in support of Plaintiff's opposition to Defendant's motion to declare this case exceptional for purposes of awarding attorney's fees, and Plaintiff's filings of the Bang Declaration and its exhibit were placed under seal. Plaintiff's letter motion indicated that the exhibit contained excerpts from Defendant's source code that Defendant had designated as attorney's eyes only under the Court's protective order. Plaintiff's motion did not indicate that Plaintiff had any interest in maintaining the exhibit under seal or make any argument for sealing.

      WHEREAS, pursuant to the Court's Individual Rule I.D.3, if the party with an interest in confidential treatment of an exhibit filed with the Court is not the filing party, "the party with an interest in confidential treatment shall promptly file a letter on ECF within two business days in support of the" filing party's sealing motion, "explaining why it seeks to have certain documents filed in redacted form or under seal." Defendant did not timely file such a letter.

WHEREAS, the Order dated January 3, 2023, directed Defendant to file a letter in support of sealing by January 6, 2023, if Defendant sought to maintain such information under seal, and stated that if no such letter was filed, the document would be made public.

WHEREAS, Defendant has not filed a letter in support of continued sealing. It is hereby

**ORDERED** that, by January 13, 2023, Plaintiff shall file the Declaration of Jae Young Bang and Exhibit 1 thereto on the public docket in unredacted form.

Dated: January 10, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE