UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZETA GLOBAL CORP.,
                            Plaintiff,

                         20 Civ. 3951 (LGS)

          -against-

                         ORDER

MAROPOST MARKETING CLOUD, INC.,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, because Defendant has not sought to maintain Exhibit 1 to the Declaration of Jae Young Bang under seal, the Order dated January 10, 2023, directed Plaintiff to file the Declaration of Jae Young Bang and Exhibit 1 thereto on the public docket by January 13, 2023;

      WHEREAS, Plaintiff has not complied with the January 10, 2023, Order.  It is hereby

      **ORDERED** that the documents in question will be made public without Plaintiff's participation.

      The Clerk of Court is respectfully directed to change the viewing level of Dkt. Nos. 149, 150 and 150-1 to make the documents public.

Dated:  January 19, 2023
       New York, New York

                                         LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE